# EXHIBIT 19

**COURT AUTHORIZED NOTICE**

**If you worked for <u>Project Resources Group, Inc.</u> ("PRG") at any time between _____, _____, 2015, and the present, and were not paid overtime pay, you are eligible to join this lawsuit against Defendant seeking overtime pay and other damages.**

**Why is this notice being sent?**

A lawsuit was filed against Project Resources Group, Inc. ("PRG") for unpaid overtime pay and other damages in accordance with the Fair Labor Standards Act ("FLSA"), based on the claim that they paid workers no overtime.

The Honorable Judge Lee Rosenthal of the United State District Court for the Southern District of Texas has ruled that all current and former Field Investigators who were not paid overtime, between _____, \_\_\_, 2015, and the present, should be given an opportunity to join this lawsuit. The Court expresses no view of who should win this lawsuit at this time.

**What is the position of PRG?**

PRG denies all liability.

**What happens if I join the lawsuit?**

If the Court finds that you should have been and were not paid overtime, you may be awarded money damages. You will also be bound by any judgment, whether it is favorable or unfavorable. While this lawsuit is proceeding, you may be required to assist your attorney, answer written questions, sit for depositions, and/or testify in court.

**NOTICE: FEDERAL LAW PROHIBITS PRG FROM RETALIATING AGAINST YOU BECAUSE YOU JOIN THIS LAWSUIT. IN OTHER WORDS, PRG MAY NOT DISCIPLINE OR TERMINATE YOU FOR PARTICIPATING IN THIS LAWSUIT.**

**What if I do not join the lawsuit?**

You can receive no monetary recovery in this lawsuit if you do not join. However, you are under no obligation to join. Whether to join the suit is your free choice.

**How quickly must I act to join the lawsuit?**

To join the lawsuit, the signed consent form must be filed with the Court no later than _____, \_\_\_, 2018.

**How do I join the lawsuit?**

You must complete the enclosed consent form and return it by mail, fax, or email to Clayton D. Craighead, or file it with the Court at 440 Louisiana, Suite 900, Houston, Texas 77002. *Do not contact the Court about this matter. If you sign the consent form you will be bound by the contingent fee agreement at the same rate as the the lead Plaintiff, which the attorneys will send to you upon request. The attorneys you retain will answer your questions.* You are not a member of the lawsuit until you return the enclosed consent form and the form is filed with the Court by the attorneys you retain, or by you. You may select a lawyer of your choosing to represent you in this matter, or you may contact the lawyer for the plaintiffs in this case:

Clayton D. Craighead
The Craighead Law Firm, PLLC
440 Louisiana, Suite 900
Houston, Texas 77002
(832) 798-1184 – phone
(832) 553-7261 – fax
clayton.craighead@thetxlawfirm.com – e-mail

For more information, you may call (or text) Mr. Craighead at **(832) 798-1184,** or email him at: clayton.craighead@thetxlawfirm.com.