# EXHIBIT 20

Case 4:17-cv-03762   Document 15-21   Filed on 06/08/18 in TXSD   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIO AVILA, on behalf of himself and all others similarly situated employees, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.  4:17-cv-03762 |
| PROJECT RESOURCES GROUP, INC., | § § § | |
| Defendant. | § § § | |

**NOTICE OF CONSENT**

   I hereby consent to be a party plaintiff in the above action, which is a collective action under the federal Fair Labor Standards Act to collect unpaid overtime wages and other damages.  I agree to be bound by the outcome of this proceeding.  I agree to be bound by the fee agreement Mario Avila executed with The Craighead Law Firm, PLLC.


SIGNED: _____              _____
        (Signature)              DATE


NAME: _____
      (Print)


ADDRESS: _____
        (PRINT City, State and Zip Code)


TELEPHONE: _____         E-MAIL: _____