United States District Court
Southern District of Texas
**ENTERED**
May 03, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MARIO AVILA, on behalf of himself and all §
others similarly situated employees, §
§
    Plaintiff, §
§
V. §    CIVIL ACTION NO.  4:17-cv-03762
§
PROJECT RESOURCES GROUP, INC., §
§
    Defendant. §
§
§

## ORDER

CAME TO BE CONSIDERED, the parties' oral Joint Motion for Approval of Settlement Agreement, which was **GRANTED**, and having **APPROVED** the parties' settlement as fair and reasonable under the Fair Labor Standards Act, it is **ORDERED** that this case is **DISMISSED** conditioned upon both parties' full performance of their obligations under the Settlement Agreement within 45 days from the date of this order.

It is further **ORDERED** that if no party seeks reinstatement within 45 days from date of this order, this case is **DISMISSED WITH PREJUDICE**.

Signed on _____May 03, 2019_____, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge